<div style="writing-mode: vertical-rl">**UNITED STATES DISTRICT COURT**
For the Northern District of California</div>

1
2      UNITED STATES DISTRICT COURT
3      Northern District of California
4
5   MICHAEL GONZALES
                                            No. C 10-02456 MEJ
6              Plaintiff,
       v.                                   **ORDER DIRECTING PLAINTIFF TO**
7                                           **SUBMIT CHAMBERS COPIES IN**
    PALO ALTO LABS                          **COMPLIANCE WITH GENERAL**
8                                           **ORDER 45 AND THE COURT'S**
               Defendant.                   **STANDING ORDERS**
9   _____/
10
11         On August 5, 2010, Plaintiff electronically filed a motion for default judgment.  (Dkt. #8.)
12  However, Plaintiff has failed to comply with General Order 45 and the Court's Standing Orders by
13  failing to deliver to the Clerk's Office "no later than noon on the business day following the day that
14  the papers are filed electronically, one paper copy of each document that is filed electronically . . .
15  marked 'Chambers Copy' and . . . clearly marked with the judge's name, case number, and
16  'Chambers Copy-Do Not File.'"  *See* General Order 45 § VI.G; *see also* Case Management Standing
17  Order, Magistrate Judge Maria-Elena James, ¶ 6.  Plaintiff is hereby ORDERED to comply with
18  General Order 45 and the Court's Standing Orders by immediately submitting a chambers copy,
19  **with exhibits and appropriate tab dividers if necessary**, of the above-referenced documents.
20  **ALL CHAMBERS COPIES OF ELECTRONICALLY FILED DOCUMENTS MUST**
21  **INCLUDE ON EACH PAGE THE RUNNING HEADER CREATED BY THE ECF**
22  **SYSTEM.**
23         IT IS SO ORDERED.
24
25  Dated: September 3, 2010
26                                                    _____
                                                      Maria-Elena James
27                                                    Chief United States Magistrate Judge
28