UNITED STATES DISTRICT COURT

Northern District of California

MICHAEL GONZALES,

        Plaintiff,

  v.

PALO ALTO LABS, INC.,

        Defendant.
_____/

No. C 10-2456 MEJ

**ORDER VACATING CMC**

This matter is currently scheduled for a case management conference on September 9, 2010. However, as default has been entered against Defendant Palo Alto Labs, Inc., Plaintiff Michael Gonzales has filed a motion for default judgment, the Court hereby VACATES the September 9 c.m.c.

Plaintiff shall serve this Order upon Defendant.

**IT IS SO ORDERED.**

Dated: September 3, 2010

_____
Maria-Elena James
Chief United States Magistrate Judge