1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES  DISTRICT COURT

## Northern District of California

MICHAEL GONZALES,

                    Plaintiff,                              No. C 10-2456 MEJ)

        v.                                                  **NOTICE OF REFERENCE**

PALO ALTO LABS,

                    Defendant.
_____/

        Pending before the Court is Plaintiff's Motion for Default Judgment, scheduled for a hearing on September 23, 2010 at 10:00 a.m.  As Defendant has not filed an opposition, Plaintiff shall file detailed proposed findings of fact and conclusions of law, **which shall address the factors in *Eitel v. McCool*, 782 F.2d 1470, 1471-72 (9th Cir. 1986), as well as provide the basis for the Court's subject matter and personal jurisdiction**, by September 16, 2010.  Plaintiff shall ensure that a copy of the proposed findings is emailed to mejpo@cand.uscourts.gov.  The Court prefers that proposed findings be emailed in WordPerfect format; however, Microsoft Word format is also acceptable.

        Please contact the Courtroom Deputy Clerk, Brenda Tolbert, at (415) 522-4708 with any questions.

        **IT IS SO ORDERED.**

Dated: September 7, 2010

                                                    _____
                                                    Maria-Elena James
                                                    Chief United States Magistrate Judge